**Order entered December 23, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-21-00242-CV

## IN THE INTEREST OF M.C.M. AND M.A.M., CHILDREN

No. 05-21-00360-CV

## MOLLY WILKERSON, Appellant

## V.

## MARK MALDONADO, Appellee

No. 05-21-00373-CV

## IN THE INTEREST OF M.C.M. AND M.A.M., CHILDREN

No. 05-21-00439-CV
No. 05-21-00440-CV
No. 05-21-00441-CV

## IN RE MOLLY WILKERSON

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 366-53554-2020, 366-51795-2021, and 366-50778-2021**

# ORDER

Before the Court is appellant's December 20, 2021 motion titled "Request: Reinstate Mandamus Proceeding and Supplement Prayer; Sever Causes, and Abate Divorce Appeal". We **DENY** the motion in appellate cause numbers 05-21-00242-CV, 05-21-00360-CV, and 05-21-00373-CV. Because the mandamus proceedings, appellate cause numbers 05-21-00439-CV, 05-21-00440-CV, and 05-21-00441-CV, are currently abated, no action on the motion will be taken in those proceedings at this time.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE